UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRAD KNOX,<br><br>    Plaintiff,<br><br>v.<br><br>ROPER PUMP COMPANY;<br>HANSEN TECHNOLOGIES<br>CORPORATION; and<br>ROPER TECHNOLOGIES, INC.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-02538-ODE |

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, on the Magistrate Judge's Final Report and Recommendation and the defendants' Motion for Summary Judgment and the court having ADOPTED IN PART said recommendation and GRANTED IN FULL said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover its costs of this action, and the action be, and the same hereby, is **DISMISSED.**

Dated at Atlanta, Georgia this 29th day of March, 2018.

                                                                              JAMES N. HATTEN
                                                                              CLERK OF COURT

                                                                       By:  s/ Stephanie Pittman
                                                                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 29, 2018
James N. Hatten
Clerk of Court

By: s/ Stephanie Pittman
       Deputy Clerk