### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **Brad Knox,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION FILE NO.:** |
| **v.** | § | **1:16-cv-02538-ODE** |
| | § | |
| **Roper Pump Company,** | § | |
| **Hansen Technologies Corporation,** | § | |
| **and Roper Technologies, Inc.** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEAL

Notice is hereby given that Brad Knox, Plaintiff in the above-styled case,

hereby appeals to the United States Court of Appeals for the Eleventh Circuit from

the Report and Recommendation recommendations that Plaintiff's Motion in

Limine be denied and that Plaintiff's Motion for Partial Summary Judgment be

denied as to Plaintiff's claim of retaliation and Defendants' defenses of failure to

mitigate damages and unclean hands (Docket No. 111) and from the District

Judge's Order Adopting in Part the Magistrate Judge's Final Report and

Recommendation (Docket No. 119) denying Plaintiff's Motion in Limine (Docket

No. 72), denying the Plaintiff's Motion for Summary Judgment (Docket No. 92),

and granting Defendants' Motion for Summary Judgment (Docket No. 84) and

from the Judgment entered against Plaintiff (Docket No. 120) contrary to the

evidence and facts of record and the applicable law.

Respectfully submitted this 26th day of April, 2018.

> */s/Kristine Orr Brown*
> Kristine Orr Brown
> GA. Bar No. 554630
> */s/Matthew C. Billips*
> Matthew C. Billips
> GA. Bar No. 057110
>
> **ORR, BROWN & BILLIPS, LLP**
> P.O. Box 2944
> Gainesville, GA 30503
> (P) (770) 534-1980
> (F) (770) 536-5910
> kbrown@orrbrownandbillips.com
> mbillips@orrbrownandbillips.com
>
> **ATTORNEYS FOR PLAINTIFF**

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **Brad Knox,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION FILE NO.:** |
| **v.** | § | **1:16-cv-02538-ODE** |
| | § | |
| **Roper Pump Company,** | § | |
| **Hansen Technologies Corporation,** | § | |
| **And Roper Technologies, Inc.** | § | |
| | § | |
| **Defendants.** | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on this April 26, 2018, I electronically filed the foregoing *Notice of Appeal* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Leslie A. Dent
Amy M. Palesch
Littler Mendelson, P.C.
3344 Peachtree Road, N.E., Suite 1500
Atlanta, Georgia 30326

*/s/ Kristine Orr Brown*
Kristine Orr Brown

**ORR, BROWN & BILLIPS, LLP**
P.O. Box 2944                              **ATTORNEYS FOR PLAINTIFF**
Gainesville, GA 30503
(P) (770) 534-1980(F)/(770) 536-5910
kbrown@orrbrownandbillips.com